

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00372-CR

**EX PARTE** Salomon Alor **GUTIERREZ**

From the County Court, Kinney County, Texas
Trial Court No. 11810CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025

_____
Irene Rios, Justice